

FILED

07/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0361

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0361

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MAUREEN THERESE DOUBEK,

Defendant and Appellant.

FILED

JUL 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Counsel for Appellant filed a Notice of Appeal in this matter on July 26, 2021. Counsel also filed a Motion to Withdraw as Counsel of Record and for the Appointment of the Appellate Defender's Office. Counsel states Appellant has no income, has not be able to obtain employment, and needs court-appointed counsel.

IT IS ORDERED that the motion to withdraw and motion for appointment of ADD to represent Doubek is GRANTED.

ADD shall have 30 days from the date of this Order within which to file either a notice of appearance or a motion to rescind this Order appointing counsel. In the event Doubek qualifies for appointed counsel, ADD shall immediately order any necessary transcripts not already ordered.

The Clerk is directed to provide copies of this Order to Zachary D. Kitchin, Cayle M. Halberg, the Appellate Defender Division, the Attorney General's office, and to Maureen Therese Doubek, personally.

DATED this 27 day of July, 2021.

For the Court,

By _____
Chief Justice